IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MACK HENRY LOTT, )
)
    Plaintiff, )
)
v. ) CV 314-117
)
WILLIS OF TENNESSEE, INC., et al., )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 2), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 8th day of December, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has filed a document titled "Relation Back" which references a case in the Middle District of Georgia and recites various procedural rules in a nonsensical pattern but contains nothing with any bearing on the Court's analysis. (Doc. no. 5.)